UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 15-61 |
| v. | * | SECTION: "E" |
| HENRY EVANS, M.D. | * | |
| MICHAEL JONES, M.D. | | |
| SHELTON BARNES, M.D. | * | |
| GREGORY MOLDEN, M.D. | | |
| PAULA JONES | * | |
| * * * | | |

**REVISED PRELIMINARY ORDER OF FORFEITURE[1]**

Based upon the Motion and Brief of the United States for Issuance of a Preliminary Order of Forfeiture in the above-captioned case, and the reasons stated therein;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court has determined that the defendant, HENRY EVANS, M.D., committed health care fraud offenses as alleged in Counts 31 and 43-46 of the Second Superseding Indictment, for which the defendant has been convicted;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court has determined that the defendant, MICHAEL JONES, M.D., committed health care fraud offenses as alleged in Counts 1, 2, 18, and 22-27 of the Second Superseding Indictment, for which the defendant has been convicted;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court has determined that the defendant, SHELTON BARNES, M.D., committed

---

[1] The Preliminary Order of Forfeiture entered on September 24, 2018 is hereby **VACATED**. R. Doc. 1509.

health care fraud offenses as alleged in Counts 1-17 of the Second Superseding Indictment, for which the defendant has been convicted;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court has determined that the defendant, GREGORY MOLDEN, M.D., committed health care fraud offenses as alleged in Counts 1, 2, and 32-42 of the Second Superseding Indictment, for which the defendant has been convicted;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court has determined that the defendant, PAULA JONES, committed health care fraud offenses as alleged in Counts 1 and 2 of the Second Superseding Indictment, for which the defendant has been convicted;

**WHEREAS**, the United States has filed a Motion for Entry of a Preliminary Order of Forfeiture to consist of personal money judgments against the following defendants: HENRY EVANS; MICHAEL JONES; SHELTON BARNES; GREGORY MOLDEN; and PAULA JONES;

**WHEREAS**, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, HENRY EVANS, M.D., shall forfeit to the United States the sum of $13,450.93 pursuant to 18 U.S.C. §§ 1347 and 982(a)(7).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, SHELTON BARNES, M.D., shall forfeit to the United States the sum of $371,784 pursuant to 18 U.S.C. §§ 1349, 371, 1347, and 982(a)(7).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, GREGORY MOLDEN, M.D., shall forfeit to the United States the sum of $50,981.30 pursuant to 18 U.S.C. §§ 1349, 371, 1347, and 982(a)(7).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, MICHAEL JONES, M.D., shall forfeit to the United States the sum of $19,235.15 pursuant to 18 U.S.C. §§ 1349, 371, 1347, and 982(a)(7).  This shall constitute a personal money judgment against defendant MICHAEL JONES, M.D. in the amount of $19,235.15.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendants, MICHAEL JONES, M.D. and PAULA JONES, shall forfeit to the United States the sum of $35,000 pursuant to 18 U.S.C. §§ 1349, 371, and 982(a)(7).  This sum, which is separate from the above personal money judgment rendered against MICHAEL JONES, M.D., shall constitute a money judgment against defendants, MICHAEL JONES, M.D. and PAULA JONES, for which they are jointly and severally liable.  Based upon the Court's imposition of this judgment for which defendants, MICHAEL JONES, M.D. and PAULA JONES, are deemed jointly and severally liable, the Government is to ensure that no more than the $35,000 total imposed.

**IT IS FURTHER ORDERED** that, upon the imposition of sentence on the defendants, HENRY EVANS, M.D., MICHAEL JONES, M.D., SHELTON BARNES, M.D., GREGORY MOLDEN, M.D., and PAULA JONES, this Preliminary Order of Forfeiture shall become final as to the defendants, shall become part of their sentences, and shall be included in the Judgments nunc pro tunc, as if copied therein in extenso.

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of

Forfeiture to substitute property having a value not to exceed the specified amount in order to satisfy the money judgments in whole or in part as to each defendant.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

The Clerk of Court is hereby directed to send six certified copies of the Order to the United States Attorney's Office.

**New Orleans, Louisiana, this 25th day of September, 2018.**

                                                         _____
                                                         **HON. SUSIE MORGAN**
                                                         **UNITED STATES DISTRICT JUDGE**